AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

JULIUS BRUCE CHIUSANO

**WARRANT FOR ARREST**

CASE NUMBER **00 - 6309**

CR - SEITZ

MAGISTRATE JUDGE
GARBER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JULIUS BRUCE CHIUSANO _____
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, conspiracy to make extortionate extensions of credit, conspiracy to use extortionate means to collect extortionate extensions of credit, money laundering conspiracy, money laundering

in violation of Title 18 United States Code, Section(s) 1962(d), 1955, 892, 894, 1956(h), 1956, 1957

CLARENCE MADDOX
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

BSS
Bail fixed at $250,000 Corporate Surety Bond with
Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

*[signature]*
BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

