U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDAL

DEFT: Julius Chiusano (J)#    CASE NO: 00-6309-CR-Seitz

AUSA: Brian McCormick/Diana Fernandez    ATTNY: Don Spadero (perm)

AGENT: _____    VIOL: 18:1962,1963,1955,1956, 1957,
1511,894,892

PROCEEDING: Initial Appearance    BOND REC: 250,000 CSB W/Nebbia

BOND HEARING HELD - yes / No stip    COUNSEL APPOINTED: _____

BOND SET @ 50,000 CSB    + 100,000 PSB
W/ Nebbia

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

(1) Do not violate any law.

(2) Appear in court as directed.

3) Surrender and/or do not obtain passports/
travel documents.

(4) Rpt to PTS as directed or _____ x's a
week/month by phone; _____ x's a week/month
in person.

(5) Random urine testing by Pretrial Services.
X Treatment as deemed necessary.

(6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

(8) No contact with victims/witnesses.

(9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) _____ Halfway House _____

_____ Electronic Monitoring _____

Reside @ current address
no excessive alcohol or illegal drugs

Ore tenus motion unseal
Granted

Advised of charges

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL:    N/A

STATUS CONFERENCE: _____    @ artum 600

10-26-00    11:00am    TAPE # 00-083    PG #    and 1424

DATE: _____    TIME: _____

#28
H1