UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>JULIUS BRUCE CHIUSANO<br>Defendant | CASE NO. 00-6309-CR-SEITZ<br><br>REPORT COMMENCING CRIMINAL ACTION<br>02401-748 |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/26/2000
2. Spoken Language: ENGLISH
3. Offense(s) charged: TITLE 18 USC 1962(d), 1955, 892, 894, 1956(b), 1956, 1957
4. U.S. Citizen  [X] YES   [ ] NO   [ ] UNKNOWN
5. Date of birth: 6/29/1948
6. Type of charging document: (Check One)
   [X] INDICTMENT          [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6309-SEITZ                CASE NO. _____
   DISTRICT: SDF          (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:  [ ] YES   [ ] NO
   AMOUNT OF BOND: _____
   WHO SET BOND: _____

7. REMARKS: _____

8. DATE: 10/26/2000
9. KEVIN C. RENTZEL
   ARRESTING OFFICER
10. AGENCY: FBI
11. 305 944 9101
    PHONE NO.

#45