

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA

vs

JULIUS CHIUSANO

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on OCTOBER 26, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __ON BOND PAPERS_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:_____DON SPADERO, ESQ._____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET             $_____50,000 CSB AND 100,000 PSB_____

Bond hearing held:  yes__X__  no____  Bond hearing set for_____

Dated this__26TH__day of ___OCTOBER_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
         Deputy Clerk

Tape No._____00-083_____

cc: Copy for Judge
    U. S. Attorney

#76