AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**   508278

UNITED STATES OF AMERICA

V.

JULIUS BRUCE CHIUSANO

## WARRANT FOR ARREST

CASE NUMBER **00 - 6309**

TO:  The United States Marshal
and any Authorized United States Officer

**CR - SEITZ**

MAGISTRATE JUDGE GARBER

YOU ARE HEREBY COMMANDED to arrest ___JULIUS BRUCE CHIUSANO___
                                                    Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, conspiracy to make extortionate extensions of credit, conspiracy to use extortionate means to collect extortionate extensions of credit, money laundering conspiracy, money laundering

in violation of Title __18__ United States Code, Section(s) 1962(d), 1955, 892, 894, 1956(h), 1956, 1957

__CLARENCE MADDOX__
Name of Issuing Officer

__COURT ADMINISTRATOR\CLERK OF THE COURT__
Title of Issuing Officer

_Kenny Butler_
Signature of Issuing Officer

__10/24/00 - Fort Lauderdale, Florida__
Date and Location

BSS
Bail fixed at $250,000 Corporate Surety Bond with Nebbia

by __BARRY S. SELTZER__
__UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at **Ft. Lauderdale, FL** |

| DATE RECEIVED 10/24/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br><br>Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 10/26/00 | | |

#119