UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

JULIUS BRUCE CHIUSANO, et al.,

    Defendants.
_____/

### ORDER

THIS CAUSE is before the Court by Order of Reference dated December 14, 2000 from United States District Judge Patricia A. Seitz. Pursuant to such reference the Court has received the Objection to and Motion to Quash or Modify Subpoena filed on behalf of Republic Security Bank. Upon due consideration of same, it is hereby

ORDERED that said Motion is DENIED as to the application to quash the subpoena. It is, however, GRANTED as to the request for modification. Republic Security Bank shall provide the defendant with the requested documents and records on or before January 10th, 2001. The costs of the reproduction of copies of said documents shall be paid by the defendant.

DONE AND ORDERED in Chambers at Miami, Florida this 18th day of December, 2000.

                                    BARRY L. GARBER
                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record