UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S
## MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE having come on to be heard upon Defendant's Motion for Permission to Travel, and the Court being advised that the Government through its Assistant United States Attorney has no objection, and being otherwise fully advised in the premises hereof, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That Defendant's Motion for Permission to Travel is hereby GRANTED; the Defendant shall be permitted to travel to and from Foxwood, Connecticut for approximately five (5) days beginning on or about December 29, 2000 and returning on or about January 2, 2001, provided Defendant provides Pretrial Services with an address and and phone number where he will be staying PRIOR to leaving.

2. That the Defendant will check-in with Rauol Segaro of the U.S. Pretrial Services Office in Dade County, Florida, immediately upon his return as required under Defendant's terms and conditions of bond.

DONE AND ORDERED at Miami, Dade County, Florida, this 21st day of December, 2000.

                                                                  UNITED STATES DISTRICT COURT

Copies furnished:

Donald R. Spadaro, Esq.
Atty. for Defendant

Brian McCormick, AUSA
United States Attorney's Office

Roual Segaro, U.S. Pretrial Services