UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/



FILED by _____ D.C.

JAN 2 5 2001

CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER GRANTING DEFENDANT'S
## MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE having come on to be heard upon Defendant's Motion for Permission to Travel, and the Court being advised that the Government through its Assistant United States Attorney has no objection, and being otherwise fully advised in the premises hereof, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That Defendant's Motion for Permission to Travel is hereby GRANTED; the Defendant shall be permitted to travel to and from Groton/New London, Connecticut and to Tampa, Florida for approximately three (3) days beginning on or about January 26, 2001 and returning on or about January 28, 2001, and;

2. *Prior to departure,* That the Defendant will provide the addresses and telephone numbers where he will be staying to Rauol Segaro of the U.S. Pretrial Services Office in Dade County, Florida, and report immediately upon Defendant's return on January 28, 2001, as required under Defendant's terms and conditions of bond.

DONE AND ORDERED at Miami, Dade County, Florida, this 24th day of January, 2001.

_____
UNITED STATES DISTRICT COURT

Copies furnished:

Donald R. Spadaro, Esq.
Atty. for Defendant

Brian McCormick, AUSA
United States Attorney's Office
Rauol Segaro, U.S. Pretrial Services