UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

JULIUS CHIUSANO
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 02401-748

Language: English

The above-named Defendant appeared before **Magistrate Judge DUBE'** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: ON BOND

                Tel. No:

Defense Counsel:  Name: DONALD SPADARO ESQ.

                Address: 1000 S. FEDERAL HIGHWAY #103
                       FT. LAUDERDALE, FL., 33316

                Tel. No:(954)763-5504

Bond Set/Continued:    $50,000 CSB/NEBBIA $100,000 PSB

DATED this 6th day of FEBRUARY, 2001.

CLARENCE MADDOX, CLERK,

BY    NANCY J. FLOOD
        Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. 2001H-7
DIGITAL START NO. 1034

