UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

        Defendant.
_____/



## ORDER ON DEFENDANT'S MOTION
## TO MODIFY CONDITIONS OF PRETRIAL RELEASE

THIS CAUSE having come on to be heard upon Defendant's Motion to Modify Conditions of Pretrial Release, and the Court being advised that the Government through its Assistant United States Attorney and Raul Sagaro, of Pretrial Services has no objection, and being otherwise fully advised in the premises hereof, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That Defendant's Motion to Modify Conditions of Pretrial Release is hereby GRANTED;

2. That the Defendant shall no longer be required to submit to random urinalysis testing as a condition of pretrial services release or release on bond.

DONE AND ORDERED at Miami, Dade County, Florida, this 26th day of February, 2001.

                                                      UNITED STATES DISTRICT COURT

Copies furnished:

Donald R. Spadaro, Esq.
Atty. for Defendant

Brian McCormick, AUSA
United States Attorney's Office

Raul Sagaro, U.S. Pretrial Services