UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/



## NOTICE OF FILING SUBPOENA AND RETURN OF SERVICE

The Defendant, JULIUS BRUCE CHIUSANO, by and through undersigned counsel files this the attached Subpoena in a Criminal Case to Republic Security Bank and Return of Service.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record listed on the attached Certificate of Service, and the original and one (1) copy filed with the Clerk of the Court, by mail delivery, this 15th day of MARCH, 2001.

Respectfully submitted,

DONALD R. SPADARO, P.A.
Attorneys for DEFENDANT/CHIUSANO
1000 South Federal Highway
Suite 103
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5504

By: _____
DONALD R. SPADARO, ESQUIRE
Florida Bar No.: 320341

# United States District Court
## Southern District of Florida

**ORIGINAL**

CASE NUMBER: 00-6309CR-SEITZ

| UNITED STATES OF AMERICA | SUBPOENA IN A CRIMINAL CASE |
|---|---|
| V. | |
| JULIUS BRUCE CHIUSANO, | |

*Serve at 2nd address.*
*Republic Bank Processing*
*9078 State Rd 84*
*Davie Fl. 33324.*

TO: REPUBLIC SECURITY BANK - ATTENTION: ~~ROBIN STEVENS~~
4491 SOUTH STATE ROAD #7, DAVIE, FLORIDA  33314

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| LAW OFFICE OF DONALD R. SPADARO<br>1000 South Federal Hwy., Suite 103<br>Ft. Lauderdale, FL 33316<br>Telephone:  954-763-5504 | |
| | DATE AND TIME<br>TUESDAY, MARCH 20, 2001 |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Bank Statements for I.H.WEISS, INC., ACCOUNT #0173004466 for the months July 1999, September 1999, October 1999, and December 1999.  Any and all copies of July 7, 1999 deposit, including deposit slip and check payable to IGT, Inc. (International Gaming & Trust); July 28, 1999 deposit, including deposit slip and check payable to IGT, Inc. (International Gaming & Trust) in the amount of $15,000.00; September 30, 1999 deposit, including deposit slip and check payable to IMC, Ltd. in the amount of $10,000.00; December 1, 1999 deposit, including deposit slip and three checks payable to International Mercantile Corp., totaling $30,000.00; and December 29, 1999 deposit, including deposit slip and check payable to IMC, ltd. in the amount of $10,000.00.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| /s/ | |
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
DONALD R. SPADARO, ESQUIRE
1000 South Federal Highway, Suite 103
Fort Lauderdale, Florida  33316
Telephone:  954-763-5504

**CERTIFICATE OF SERVICE**

U.S.A. -v- JULIUS BRUCE CHIUSANO
Case No.: 00-6309-CR-SEITZ

David Rothman, Esq.
First Union Financial Ctr.
200 S. Biscayne Blvd., Ste 2690
Miami, FL  33131
(Counsel for John Mamone)

Charles Wender, Esq
190 W. Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

John Howes, Esq.
633 SE Third Ave., Suite 4F
Fort Lauderdale, FL  33302
(Counsel for Fred Morgenstern)

James Benjamin, Esq.
1 Financial Plaza, Ste 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

Ana M. Jones, Esq.
Bayside Plaza, Ste 625
330 Biscayne Blvd.
Miami, FL 33132
(Counsel for David Morgenstern)

Peter Raben, Esq.
2665 S. Bayshore Dr., Ste 1206
Coconut Grove, FL 33133
(Counsel for Paul DiFilippi)

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd., Ste 290
Coral Gables, FL 33134
(Counsel for Joseph Silvestri)

Neil M. Mamroff, Esq.
100 SE 2nd Ave., Ste 3350
Miami, FL 33131
(Counsel for Anson Klinger)

Brian H. Bieber, Esq.
2600 Douglas Rd., PH 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

Brian L. Tannebaum, Esq.
First Union Financial Center
200 So. Biscayne Blvd., Ste 2690
Miami, FL 33131
(Counsel for Michael Buccinna)

Jon May, Esq.
200 East Broward Blvd, Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

John F. Cotrone, Esq.
509 SE 9th Street, Suite 1
Fort Lauderdale, FL 33316
(Counsel for Michael Buccinna)

Richard Hamar, Esq.
Maria Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for Charles Clay)

Steve Kreisberg, Esq.
3250 Mary Street, Ste 400
Coconut Grove, FL 33133
(Counsel for Peggy Preston)

Philip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL 33156
(Counsel for Mark Weiss)

David G. Vinikoor, Esq.
420 SE 12th Street
Fort Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)

Jeffrey M. Harris, Esq.
One East Broward Boulevard, Suite 1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

Jeffrey Sloman, AUSA
on behalf of J.Brian McCormick, AUSA
United States Attorney's Office
299 East Broward Boulevard
Fort Lauderdale, FL 33301