UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6309-~~CF~~-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/



## MOTION FOR PERMISSION TO TRAVEL

    COMES NOW, the Defendant, JULIUS BRUCE CHIUSANO, by and through undersigned counsel and pursuant to the Federal Rules of Criminal Procedure, and respectfully requests this Honorable Court enter an Order permitting the Defendant to leave the State of Florida and travel to San Juan, Purto Rico, and as grounds, would show unto the Court the following;

    1.    That the Defendant, JULIUS BRUCE CHIUSANO, is presently released on a one hundred thousand dollar corporate surety bond with supervised release.

    2.    That the Defendant is also released on bond on a one hundred thousand dollar corporate surety bond in Case No. 00-6273-Cr-Huck.

    3.    That the Defendant has been on supervised release since October 5, 2000.

    4.    That the Defendant respectfully requests this Honorable Court permit the Defendant to travel to San Juan, Purto Rico, for the purpose of Memorial Day Holiday.

    5.    That the Defendant desires to travel outside of the State of Florida for approximately Five (5) days beginning on or about May 31, 2001 and returning June 4, 2001.

    6.    That a copy of the Defendant's Itinerary is attached hereto as Defendant's Exhibit 1.

    7.    That undersigned has spoken to the Pretrial Services officer, Raul Sagaro, regarding this travel permit and he has no objection.

    8.    That prior to the Defendant's departure the Defendant will provide addresses and telephone numbers where he will be staying to Raul Sagaro of the Pretrial Services Office in Dade

County, Florida, as required under Defendant's terms and conditions of supervised release and report immediately upon his return to the jurisdiction.

WHEREFORE, by reason of the foregoing, the Defendant, JULIUS BRUCE CHIUSANO, respectfully requests this Honorable Court enter an Order granting the Defendant's request permitting the Defendant to travel outside the State of Florida and to San Juan, Purto Rico.

## 10-G CERTIFICATE

That undersigned counsel, pursuant to Local Rule 10(G)(1) certifies that he has contacted the opposing counsel, Assistant United States Attorney, Brian McCormick, of the Southern District of Florida in an effort of good faith to resolve by agreement the subject matter and he states that he has no objection to the granting of this motion.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Brian McCormick, Assistant United States Attorney, United States Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, FL 33301, by Facsimile (954-356-7230) and Raul Sagaro, Pretrial Services, 330 Biscayne Blvd., Suite 500, Miami, FL 33132, by Facsimile 305-530-7123, and by U.S. Mail, and the original hereof filed with the Clerk of the Court, by Hand Delivery, this 21st MAY, 2001.

Respectfully submitted,

DONALD R. SPADARO, P.A.
Attorneys for DEFENDANT/CHIUSANO
1000 South Federal Highway
Suite 103
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5504

By: _____
DONALD R. SPADARO, ESQUIRE
Florida Bar No. 320341

```
TO 610-567-5811          FROM 49591455 49591455  10MAY01 1149EST 21621609   PAGE 1 OF 1


    EASYLINK 21621608001 10MAY01 11:49/11:49 EST
    FROM: 49591455 49591455 ISLA UD
          ISLAND RESORT TOURS
    TO:   6105675811

    SALES PERSON: JK               ITINERARY              DATE: 10 MAY 01
    CUSTOMER NBR: 020074                      VTXYUQ      PAGE: 01

              TO: ISLAND RESORT TOURS
                  300 EAST 40TH ST
                  NEW YORK, NY 10016-2188



    FOR: CHIUSANO/BRUCE



    31 MAY 01  -  THURSDAY
        AIR   TWA                  FLT:952    BUSINESS       LUNCH
           LV MIAMI INTERNTNL                 1045A          EQP: MD-80
                                                             02HR 26MIN
           AR SAN JUAN      PR                111P           NON-STOP
           ARRIVE: TERMINAL C                                REF: 2E25RX

    04 JUN 01  -  MONDAY
        AIR   TWA                  FLT:955    BUSINESS       DINNER
           LV SAN JUAN      PR                605P           EQP: MD-80
           DEPART: TERMINAL C                                02HR 44MIN
           AR MIAMI INTERNTNL                 849P           NON-STOP
                                                             REF: 2E25RX

    THIS IS NOT A BOARDING PASS. YOU MUST CHECK-IN AT THE
    AIRLINE TICKET COUNTER. PLEASE RECONFIRM FLIGHTS WITH
    THE AIRLINE 48 HOURS PRIOR TO DEPARTURE
```