CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ


FILED by ___ D.C.
MAY 23 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6309-Cr  Date 5/22/01
Clerk L. Webb  Reporter D. Ehrlich
USPO ___  Interpreter ___
USPTS ___

AUSA Brian McCormick  Def. Atty. All As represented.

United States of America v. Mamone, et al.

Defendant(s): Present ___  Not Present X  In Custody ___
Reason for Hearing Status conference.

Results of Hearing Aug 30 - cut off for motions.
Gov't response due 30 days (9/30/01)
Gov't may supersede and add 1-2 more
co-defendants
Parties to meet to propose narrowing
issues on joint defense, to protect
Δ's interest

Misc. Δs may meet with each other as
long as each one's counsel is present
Rothman will submit order approved
by Gov't.

437