UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/



## MOTION FOR PERMISSION TO TRAVEL

    COMES NOW, the Defendant, JULIUS BRUCE CHIUSANO, by and through undersigned counsel and pursuant to the Federal Rules of Criminal Procedure, and respectfully requests this Honorable Court enter an Order permitting the Defendant to leave the State of Florida and travel to Las Vegas, Nevada, and as grounds, would show unto the Court the following;

    1.    That the Defendant, JULIUS BRUCE CHIUSANO, is presently released on a one hundred thousand dollar corporate surety bond with supervised release.

    2.    That the Defendant is also released on bond on a one hundred thousand dollar corporate surety bond in Case No. 00-6273-Cr-Huck.

    3.    That the Defendant has been on supervised release since October 5, 2000.

    4.    That the Defendant respectfully requests this Honorable Court permit the Defendant to travel to Las Vegas, Nevada, for the purpose of a weekend holiday.

    5.    That the Defendant desires to travel outside of the State of Florida for approximately Four (4) days beginning on or about June 14, 2001 and returning June 18, 2001.

    6.    That a copy of the Defendant's Itinerary is attached hereto as Defendant's Exhibit One (1).

    7.    That undersigned has spoken to the Pretrial Services officer, Raul Sagaro, regarding this travel permit and he has no objection.

    8.    That prior to the Defendant's departure the Defendant will provide addresses and telephone numbers where he will be staying to Raul Sagaro of the Pretrial Services Office in Dade

County, Florida, as required under Defendant's terms and conditions of supervised release and report immediately upon his return to the jurisdiction.

WHEREFORE, by reason of the foregoing, the Defendant, JULIUS BRUCE CHIUSANO, respectfully requests this Honorable Court enter an Order granting the Defendant's request permitting the Defendant to travel outside the State of Florida to Las Vegas, Nevada.

## 10-G CERTIFICATE

That undersigned counsel, pursuant to Local Rule 10(G)(1) certifies that he has contacted the opposing counsel, Assistant United States Attorney, Brian McCormick, of the Southern District of Florida in an effort of good faith to resolve by agreement the subject matter and he states that he has no objection to the granting of this motion.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Brian McCormick, Assistant United States Attorney, United States Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, FL 33301, by Facsimile (954-356-7230) and Raul Sagaro, Pretrial Services, 330 Biscayne Blvd., Suite 500, Miami, FL 33132, by Facsimile 305-530-7123, and by U.S. Mail, and the original hereof filed with the Clerk of the Court, by Hand Delivery, this 6th JUNE, 2001.

Respectfully submitted,

DONALD R. SPADARO, P.A.
Attorneys for DEFENDANT/CHIUSANO
1000 South Federal Highway
Suite 103
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5504

By: _____
     DONALD R. SPADARO, ESQUIRE
     Florida Bar No.: 320341

```
SALES PERSON: AM                    ITINERARY              DATE: 05 JUN 01
                                              RIDLEE        PAGE: 01

        TO: LIBERTY TRAVEL
            18797 BISCAYNE BLVD
            AVENTURA FL 33180


FOR: CHIUSANO/BRUCE


14 JUN 01  -  THURSDAY
    AIR    NATIONAL AIRLINES    FLT:80      FIRST CLASS    BREAKFAST
           LV MIAMI INTERNTNL               820A           EQP: BOEING 757
                                                           05HR 10MIN
           AR LAS VEGAS                     1030A          NON-STOP
                                                           REF: GASBBO
           CHIUSANO/BRUCE    SEAT- 2A

18 JUN 01  -  MONDAY
    AIR    NATIONAL AIRLINES    FLT:973     FIRST CLASS    LUNCH
           LV LAS VEGAS                     1250P          EQP: BOEING 757
                                                           04HR 40MIN
           AR MIAMI INTERNTNL               830P           NON-STOP
                                                           REF: GASBBO
           CHIUSANO/BRUCE    SEAT- 4A
```

------------------------------------------------------------

*   ALL PASSENGERS 16 YEARS OF AGE AND OLDER MUST
*     TRAVEL UNDER FULL LEGAL NAMES WITH A GOVT
*          ISSUED PHOTO ID IN THAT NAME
*ALL PASSENGERS TRAVELING OUTSIDE THE 50 UNITED STATES
*ARE REQUIRED TO CARRY A VALID PASSPORT AND/OR VISA
*PLEASE CHECK WITH YOUR TRAVEL CONSULTANT
------------------------------------------------------------
*ALL FLIGHT TIMES MUST BE CONFIRMED WITH THE AIRLINES
*     AT LEAST 48 HOURS PRIOR TO DEPARTURE
*   CHECK IN FOR ALL AIRLINES IS A MINIMUM OF 90
*       MINUTES PRIOR TO DEPARTURE TIME
------------------------------------------------------------
*   LIBERTY TRAVEL IS HERE TO SERVICE YOU BEFORE,
* DURING AND AFTER YOUR TRIP. PLEASE DO NOT HESITATE
*        TO CALL YOUR TRAVEL CONSULTANT.
------------------------------------------------------------