CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by ___ D.C.
JUL 30 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

THE HONORABLE PATRICIA A. SEITZ

---

Case No. 00-6309-Cr       Date 7/30/01
Clerk L. Webb             Reporter D. Ehrlich
USPO                      Interpreter No
USPTS

AUSA B. McCormick         Def. Atty. D. Spadaro

United States of America v. Julius Bruce Chiusano

Defendant(s): Present  X   Not Present ___   In Custody No
Reason for Hearing: Change of plea Count 6 of Superseding Indictment.
Results of Hearing: Adjudicated Guilty; PSI ordered, referred to probation

Misc.