UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

Julius Bruce Chiusano

CASE NO. 00-6309-Cr-Seitz

NOTICE OF SENTENCING DATE

FILED by _____ D.C.
JUL 30 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By the direction of the Honorable **Patricia A. Seitz**, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **Oct 9**, 20 **01**, at **8:30 A.** M. for imposition of sentence. On that date, report to the U.S. District Courthouse, **5th Floor** . 301 N. Miami Avenue, Miami, FL 33128-7788, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years' imprisonment and a fine of $250,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION TO ROOM 315 OF THE OLD COURTHOUSE. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

Clerk, United States District Court

BY: _____
Courtroom Deputy Clerk

DATE: 7/30/01
COUNSEL: P. Spadaro
RECEIVED: in Court
(Defendant)

| | | | |
|---|---|---|---|
| GUILTY PLEA | ☑ BOND | ☑ | TO COUNT(S) 6 |
| TRIAL | ☐ FEDERAL CUSTODY | ☐ | TO TOTAL COUNTS |
| NOLO PLEA | ☐ STATE CUSTODY | ☐ | ASST. U.S. ATTY B. B. McCormick |
| | ☐ U.S.M. CUSTODY | ☐ | |

Copies to:
United States Attorney
Probation Department
Defense Counsel

United States Marshal
Pre-Trial Services
Defendant