UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/



## ORDER GRANTING DEFENDANT'S
## MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE having come on to be heard upon Defendant's Motion for Permission to Travel, and the Court being advised that the Government through its Assistant United States Attorney is in opposition to this motion, and being otherwise fully advised in the premises hereof, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That Defendant's Motion for Permission to Travel is hereby ~~GRANTED~~ DENIED; ~~the Defendant shall be permitted to travel to San Juan, Purto Rico for approximately Four (4) days beginning on or about August 17, 2001 and returning on or about August 20, 2001, and;~~

2. ~~That prior to the Defendant's departure the Defendant will provide the addresses and telephone numbers where he will be staying to Raul Sagaro of the U.S. Pretrial Services Office in Dade County, Florida, and report immediately upon Defendant's return on August 20, 2001, as required under Defendant's terms and conditions of bond.~~

DONE AND ORDERED at Miami, Dade County, Florida, this 9th day of August, 2001.

_____
UNITED STATES DISTRICT COURT

Copies furnished:
Donald R. Spadaro, Esq.
Atty. for Defendant

Brian McCormick, AUSA
United States Attorney's Office

Raul Sagaro, U.S. Pretrial Services