~~Sealed~~

Unsealed _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*Case 00-6309-CR-Seitz (s)(s)*

IN RE:

FEDERAL GRAND JURY 01-01(FTL)

_____/

FILED by _____ D.C.
INTAKE

AUG 14 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an Order sealing the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), Bond Recommendation Sheets, this Motion to Seal, and Sealing Order, and remain sealed in the custody of the Clerk of the Court until such time as the first defendant has been arrested. In support thereof, the following is shown:

1.    Disclosure of the existence of these charges would hinder the ability of the United States to locate and arrest the defendants, as well as to locate and seize assets subject to forfeiture.

WHEREFORE, the United States respectfully requests that this Court order that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants (except for copies to be used by law enforcement personnel during execution of their official duties

516/8

in the investigation), Bond Recommendation Sheets, Motion to Seal, and the Sealing Order be sealed until such time as the first defendant has been arrested.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court ID #: A5500084
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida  33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

2

BLG

U.S. District Court
FLS - Southern District of Florida FtLauderdale

CRIMINAL DOCKET FOR CASE #: 00-CR-6309

USA v. Raffa, et al.                                          Filed: 10/24/00
Assigned to: Patricia A. Seitz


Dkt # in other court: None

08/14/01   516          SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   517          SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   518          SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   519          SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/14/01   520          SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/15/01   512          SEALED DOCUMENT (sp) [Entry date 08/16/01]

08/15/01   513          SEALED DOCUMENT (sp) [Entry date 08/16/01]

08/15/01   514          ORDER as to John Mamone  denying [413-1] motion to alter
                        certain conditions of pretrial release as to John Mamone
                        (2) ( Signed by Magistrate Stephen T. Brown on 8/14/01)
                        [EOD Date: 8/16/01] CCAP☐ (dg) [Entry date 08/16/01]

08/15/01   521          SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/15/01   522          SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/16/01   523          SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   524          SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   525          SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   526          SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   527          SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   528          SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/17/01   529          SEALED DOCUMENT (sp) [Entry date 08/21/01]

08/20/01   515          NOTICE of filing letter regarding pending discovery issues
                        by Fred Morgenstern (dg) [Entry date 08/21/01]


Attached to D.E. # _516_