UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JULIUS BRUCE CHIUSANO,

_____/



### ORDER DENYING MOTION TO TRAVEL

This matter came before the Court on Defendant's Motion for Permission to Travel filed August 24, 2001. In view of the fact that Defendant has plead guilty and his motion does not provide any reason why the meeting with his children, ostensibly to discuss his upcoming sentencing, can only be arranged at a gambling casino out of state, it is

ORDERED that Defendant's Motion for Permission to Travel is DENIED.

DONE AND ORDERED in Miami, Florida this 28th day of August, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Donald Spadaro, Esq., 1000 S. Federal Hwy., #103, Fort Laud., FL 33316
Raul Sagaro, US Pretrial Services Officer

