UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          Case No. 00-6309-CR-PAS

    v.                            MIAMI, FLORIDA
                                July 30, 2001
                                VOLUME I
                                PAGES 1 TO 35
JULIUS BRUCE CHIUSANO

CHANGE OF PLEA
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

FILED by _____ D.C.
APPEAL
SEP 2 1 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

APPEARANCES:

FOR THE GOVERNMENT:

        BRIAN MCCORMICK, ESQ.
        Assistant United States Attorney
        99 N.E. 4th Street
        Miami, FL  33132

FOR THE DEFENDANT:

        DONALD R. SPADARO, ESQ.
        Suite 103
        1000 S. Federal Highway
        Ft. Lauderdale, FL  33316

REPORTED BY:     DAVID S. EHRLICH, RPR
               Official Court Reporter
               301 N. Miami, Room 504
               Miami, Florida 33128-7788
               (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).