CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.

SEP 2 5 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr        Date 9/21/01
Clerk L. Webb              Reporter D. Ehrlich
USPO _____               Interpreter _____
USPTS _____

AUSA B. McCormick/         Def. Atty. All As represented.
D. Fernandez
United States of America v. McMorne, et al.

Defendant(s): Present _____  Not Present _X_  In Custody _____
Reason for Hearing Status Conf.

Results of Hearing Rothman & Harris to meet 5 days before status to determine if there is need for conf. & into Ct 2 days prior. Schwartz & Kerlow have trial on 2/11 before JR on USA v. Arias which conflicts ours. Discussion re copying of docs in SC case. Gov't & As to work out means of

Misc. preplexing As with docs.
CSA lead counsel - John Howes re SC docs - to work w/ Jhones to get docs. Howes will inform Court by 10/1 of results of doc discovery.