CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by __ M __ D.C.
NOV 1 5 2001
CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr   Date 11/9/01
Clerk L. Webb   Reporter D. Ehrlich
USPO T. Felasco   Interpreter No
USPTS R. Sagaro

AUSA B. McCormick / D. Fernandez   Def. Atty. D. Spadaro

United States of America v. Julius Bruce Chiusano

Defendant(s): Present X   Not Present ___   In Custody No
Sentence 18 mos as to Count 6 concurrent w/ 00-6273-Cr-Huck
Supervised Release 3 years
Special Conditions of SR ① substance abuse trmt prog ② financial disclosure ③ full time employment ④ approval for self employ ⑤ no further debt ⑥ 250 hours comm service ⑦ no assoc w/ organized crime types or families ⑧ no gambling activities
Fine $ 0   Special Assessment $ 100.—
Advised of right to appeal Waived
Recommendations to BOP Camp ② Miami to be near his 6 yo child.
Misc: all spec conds of SR. After 2 years' successful conclusion of SR court will consider early termination. Surrender date: 1/14/02
Dismiss remaining counts.
Δ to obtain a job by 11/16/01