UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/



FILED by _____ D.C.
JAN 7 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER GRANTING DEFENDANT'S
## MOTION FOR EXTENSION OF SURRENDER DATE

THIS CAUSE having come on to be heard upon Defendant's Motion for Extension of Surrender Date, and the Court being advised that the Government through its Assistant United States Attorney has no objection, and being otherwise fully advised in the premises hereof, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That Defendant's Motion for Extension of Surrender Date is hereby GRANTED;

2. That the Clerk of the Court, United States District Court, Southern District of Florida, shall hereby reset the voluntary surrender date of February 6, 2002 to the designated facility.

3. That a copy of this Order shall be provided to the United States Marshall Service, Southern District of Florida.

DONE AND ORDERED at Miami, Dade County, Florida, this 7th day of January, 2002.

                                              _____
                                              UNITED STATES DISTRICT COURT

Copies furnished:

Donald R. Spadaro, Esq.
Atty. for Defendant

Brian McCormick, AUSA
United States Attorney's Office

Rauol Segaro, U.S. Pretrial Services
U.S. Marshall Service
Southern District of Florida