UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          Case No. 00-6309-CR-PAS

   v.                             MIAMI, FLORIDA
                             November 9, 2001
                             VOLUME I
                             PAGES 1 TO 49
JULIUS BRUCE CHIUSANO

               SENTENCING HEARING
     BEFORE THE HON. PATRICIA A. SEITZ, J.
       UNITED STATES DISTRICT JUDGE

FILED by _____ D.C.
APPEAL
JAN 2 8 2002
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

APPEARANCES:

FOR THE GOVERNMENT:

                BRIAN MC CORMICK, ESQ.
                DIANA FERNANDEZ, ESQ.
                Assistant United States Attorneys
                500 E. Broward Boulevard - 7th Floor
                Ft. Lauderdale, FL  33394-3002

FOR THE DEFENDANT:

                DONALD R. SPADARO, ESQ.
                1000 S. Federal Highway  - Suite 103
                Ft. Lauderdale, FL  33316

REPORTED BY:       DAVID S. EHRLICH, RPR
                  Official Court Reporter
                  301 N. Miami, Room 504
                  Miami, Florida 33128-7788
                  (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription (CAT).