UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/



FILED by _____ D.C.

FEB 2 2 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT'S MOTION TO EXONERATE BOND

THIS CAUSE having come on to be heard upon Defendant's Motion to Exonerate Bond, and the Court being advised that the Government through its Assistant United States Attorney has no objection, and being otherwise fully advised in the premises hereof, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That Defendant's Motion to Exonerate Bond is hereby GRANTED;

2. That the corporate surety bond, Power #A511293313, held by Universal Bail Bonds is hereby exonerated and otherwise released.

3. That the Clerk of the Court is hereby directed to exonerate and/or otherwise release the Defendant, Julius Bruce Chiusano, from the personal surety bond.

DONE AND ORDERED at Miami, Dade County, Florida, this _21st_ day of _February_, 2001.

_____
UNITED STATES DISTRICT COURT

Copies furnished:

Donald R. Spadaro, Esq.
Atty. for Defendant

Brian McCormick, AUSA
United States Attorney's Office
Rauol Segaro, U.S. Pretrial Services

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.