UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/



FILED by _____ D.C.

APR 2 9 2004

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT'S
## MOTION FOR PERMISSION TO TRAVEL WHILE ON PROBATION

THIS CAUSE having come on to be heard upon Defendant's Motion for Permission to Travel While on Probation, and the Court being advised that the United States Probation Office through its United States Probation Officer, Anthony Gagliardi has no objection, and being otherwise fully advised in the premises hereof, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That Defendant's Motion for Permission to Travel While on Probation is hereby _Granted_ ; and

2. The Defendant shall be permitted to travel to the State of Connecticut for approximately Three (3) days beginning on or about May 14, 15, and returning on or about May 16, 2004. _Defendant is reminded that his probation terms prohibit any gambling activities._

DONE AND ORDERED at Miami, Dade County, Florida, this _28th_ day of _April_, 2004.

_[signature]_
UNITED STATES DISTRICT COURT

Copies furnished:
Donald R. Spadaro, Esq.
Atty. for Defendant

Anthony Gagliardi, U.S. Probation

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.