UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JULIUS BRUCE CHIUSANO,
_____/



### ORDER DENYING MOTION FOR PERMISSION TO TRAVEL

This matter came before the Court on Defendant Chiusano's Motion for Permission to Travel While on Probation. The Defendant has failed to contact the Assistant U.S. Attorney regarding his position and has not served a copy of the Motion on the Government. Therefore, it is

ORDERED that Defendant's Motion to Travel is DENIED.

DONE AND ORDERED in Miami, Florida this 21st day of December, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Donald R. Spadaro, Esq.
Anthony Gagliardi, USPO