UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/



FILED by _____ D.C.
MAR 23 2005
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON DEFENDANT'S
## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS CAUSE having come on to be heard upon Defendant's Motion for Early Termination of Supervised Release, and the Court being otherwise fully advised in the premises hereof, it is hereby;

ORDERED AND ADJUDGED as follows:

1. The Defendant's Motion for Early Termination of Supervised Release is hereby *Denied as premature. The Court will reconsider the motion upon completion of 2 years of supervised release.*

DONE AND ORDERED at Miami, Dade County, Florida, this 23rd day of _____, 2005.

_____
UNITED STATES DISTRICT COURT

Copies furnished:

Donald R. Spadaro, Esq.
Atty. for Defendant

Brian McCormick, AUSA
United States Attorney's Office

Anthony Gagliardi, U.S. Department of Probation