UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JULIUS BRUCE CHIUSANO,

    Defendant.
_____/

FILED by ___ D.C.
AUG 2 5 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON DEFENDANT'S
## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS CAUSE having come on to be heard upon Defendant's Second Motion for Early Termination of Supervised Release, and the Court being otherwise fully advised in the premises hereof, it is hereby;

ORDERED AND ADJUDGED as follows:

1. The Defendant's Second Motion for Early Termination of Supervised Release is hereby _Granted_.

DONE AND ORDERED at Miami, Dade County, Florida, this 25th day of August, 2005.

_Patricia Seitz_
UNITED STATES DISTRICT COURT

Copies furnished:

Donald R. Spadaro, Esq.
Atty. for Defendant

Brian McCormick, AUSA
United States Attorney's Office

Anthony Gagliardi, U.S. Department of Probation